# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                    February 13, 2014
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 13-cv-00796-RPM

MICHAEL D. KEENEY,                              Todd F. Bovo

     Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,                  Karen H. Wheeler
                                                Matthew W. Hall
     Defendant.                                Charles C. Hall

_____

### COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**11:00 a.m.**     **Court in session.**

Court's preliminary remarks and states its summary of the case facts.

Mr. Bovo answers questions asked by the Court regarding the plaintiff's [19] response to defendant's motion for summary judgment (demand letter 10/8/2012, two 2013 requests for information, and license suspension issue).

Argument by Mr. Matthew Hall.
Argument by Mr. Bovo.

Court's admonishment to Mr. Bovo.

**ORDERED:     Defendant's Motion for Summary Judgment [16], is granted.**

**11:23 a.m.**     **Court in recess.**

Hearing concluded.  Total time: 23 min.