IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  13-cv-00796-RPM

MICHAEL DAY KEENEY,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

_____

## JUDGMENT
_____

    Pursuant to the Order for Summary Judgment entered by Senior Judge Richard P. Matsch on February 18, 2014, it is

    ORDERED AND ADJUDGED that judgment is entered for the defendant Auto-Owners Insurance Company, and against the plaintiff, Michael Day Keeney.  This civil action is dismissed with prejudice.  Defendant is awarded costs upon the filing of a bill of costs within 14 days.

    Dated:  February 18, 2014

                        FOR THE COURT:

                        JEFFREY P. COLWELL, Clerk

                              s/M. V. Wentz
                        By_____
                              Deputy